# Court of Appeals
# of the State of Georgia

ATLANTA,  February 09, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0824.  KENTRELLE MARQUIS LYNCH v. THE STATE.**

As the Appellee has filed a Suggestion of Death of Appellant's counsel and has requested that this appeal be remanded back to the trial court, said case is hereby REMANDED to the trial court so that the Appellant may have new counsel appointed to represent him.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/09/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*